AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

FILED
DISTRICT COURT OF GUAM
MAY 23 2003
MARY L. M. MORAN
CLERK OF COURT

TAKAI'S ENTERPRISE

V.

CITIBANK, N.A. (GUAM) AND
DOES 1-10, inclusive,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-00015**

TO: (Name and address of defendant)

CitiBank, N.A. (Guam)
402 East Marine Drive
Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of Mark S. Smith
456 West O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (671) 477-8831

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

*(signature)*

(BY) DEPUTY CLERK

DATE: MAY 2 2 2003

**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE May 22, 2003 |
| NAME OF SERVER (PRINT) Edward G. Perez | TITLE Legal Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Victor Lim
Citibank / Rt. 1 East Agana

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 22, 2003
            Date

Signature of Server

157 Koleptbla Ct Windward Hills/Yona
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.