TEKER CIVILLE TORRES & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant*
*Citibank, N.A.*



FILED
DISTRICT COURT OF GUAM
JUN 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| TAKAI'S ENTERPRISE, | ) | CIVIL CASE NO. 03-00015 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | NOTICE OF MOTION AND MOTION BY CITIBANK, N.A. TO DISMISS |
| CITIBANK, N.A. (GUAM) and DOES 1-10, inclusive. | ) ) ) ) | |
| Defendants | ) ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on a date and time to be set by the Court, in the courtroom of the Honorable John S. Unpingco, United States District Judge for the District of Guam, Defendant Citibank, N.A., through undersigned counsel, will appear before the Court to present the following Motion to Dismiss.

### MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Citibank respectfully moves this Court to dismiss the Complaint filed in this matter on the grounds that

ORIGINAL

Plaintiff has failed to state any cause of action upon which relief can be granted. In Claim for Relief One, Plaintiff attempts to allege a cause of action under the Expedited Funds Availability Act, but this Act does not apply to Guam banks and Plaintiff cannot state a claim under that Act. Plaintiff's attempt to assert common law tort claims in Claims for Relief Two through Six also fail to state causes of action upon which relief can be granted. All of Plaintiff's common law claims arise from Citibank's alleged breach of what Plaintiff claims was the Bank's agreement to process wire transfer requests. While the Complaint, read as a whole, arguably sets forth facts which, if true, might give rise to claims for breach of contract, Plaintiff fails to allege facts which would convert any breach of contract claim it might arguably have into tort claims.

The grounds supporting this Motion are more fully set forth in the accompanying Memorandum in Support of Motion to Dismiss. This Motion is further supported by the pleadings previously filed and by the record before this Court.

DATED this 11th day of June, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By G. PATRICK CIVILLE
*Attorneys for Defendant*
*Citibank, N.A.*