**TEKER CIVILLE TORRES & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891/472-8868
FACSIMILE: (671) 472-2601/477-2511

*Attorneys for Defendant Citibank, N.A.*



IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| TAKAI'S ENTERPRISE, | ) | CIVIL CASE NO. 03-00015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| CITIBANK, N.A. (GUAM) and | ) | |
| DOES 1-10, inclusive. | ) | |
| | ) | |
| Defendants | ) | |

I, G. PATRICK CIVILLE, hereby certify that on June 11, 2003, I caused the documents listed below to be served via hand-delivery on Mark S. Smith, Esq., Law Offices of Mark S. Smith, 456 West O'Brien Drive, Suite 102-D, Hagåtña, Guam 96910:

1. Notice of Motion and Motion By Citibank, N.A. to Dismiss;

2. Memorandum and Points of Authority in Support of Citibank, N.A.'s Motion to Dismiss; and

3. [Proposed] Order Granting Motion to Dismiss.

DATED this 11th day of June, 2003.

TEKER CIVILLE TORRES & TANG, PLLC

By G. PATRICK CIVILLE
*Attorneys for Defendant
Citibank, N.A.*

ORIGINAL