THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (671) 477-8831

Attorney for Plaintiff,
*Takai's Enterprise*

# UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | |
|---|---|
| TAKAI'S ENTERPRISE, | CIVIL CASE NO: 03-00015 |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| CITIBANK, N.A. (GUAM) and DOES 1-10, inclusive, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff and Defendant hereby stipulate that the above-captioned legal action be and is hereby dismissed <u>without</u> prejudice pursuant to Rule 41 (a)(1)(ii) of Federal Rules of Civil Procedure.

Dated: 7/10/03

**Attorney for Plaintiff**

By: _[signature]_
Mark S. Smith, Esq.

Dated: 7/9/03

**Attorney for Defendant Citibank, N.A.**

By: _[signature]_
G. Patrick Civille

MSS/Civil/takai/dep
not.of.vol.dismissal.w.out.prej.

FILED
DISTRICT COURT OF GUAM
JUL 10 2003
MARY L. M. MORAN
CLERK OF COURT

ORIGINAL